

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2022

No. 04-22-00296-CR

Mike **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7828
Honorable Raymond Angelini, Judge Presiding

# O R D E R

On October 25, 2022, we abated this appeal and remanded this case to the trial court to conduct an abandonment hearing to determine the following:

(1) whether appellant desires to prosecute this appeal,

(2) the reasons counsel has failed to file a brief and has failed to respond to correspondence and inquiries from this court, and

(3) whether appellant and counsel have established an attorney-client relationship and whether appellant desires for counsel to continue representing her.

We further ordered the trial court to make written findings of fact and conclusions of law on these issues, and we ordered the trial court clerk and court reporter to file in this court, no later than November 28, 2022, supplemental records. *See* TEX. R. APP. P. 38.8(b)(3). To date, this court has not received any supplemental records or any indication the trial court has conducted an abandonment hearing.

Accordingly, we **order** the trial court to conduct an abandonment hearing and determine the above questions **by January 30, 2023.** The trial court is directed to ensure effective assistance of counsel and the orderly administration of justice. If the trial court finds appellant and counsel have not established an attorney-client relationship, appellant does not desire counsel to continue representing her, or removal of counsel is necessary to protect the integrity

of the judicial process or the fair and orderly administration of justice, the trial court may remove appointed counsel and appoint new appellate counsel. The trial court may also, in its discretion, receive evidence on the above issues by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We further **order** the trial court to make written findings of fact and conclusions of law on the above issues, and we **order** the trial court clerk and court reporter to file in this court, no later than **March 13**, **2023,** (1) a supplemental clerk's record containing the court's written findings of fact, conclusions of law, and recommendations addressing the above issues, and (2) a supplemental reporter's record of the hearing. *See* TEX. R. APP. P. 38.8(b)(3).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court